UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NICOLA BEVACQUA et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SIG SAUER, INC.**<br><br>*Defendant.* | Case No. 1:23-cv-00209-JL |

### STIPULATION DISMISSING PLAINTIFFS' NEW HAMPSHIRE CONSUMER PROTECTION ACT CLAIMS

WHEREAS, Plaintiffs filed their Complaint against Defendant Sig Sauer, Inc. ("Sig Sauer") in this action on March 27, 2023 [Doc. No. 1].

WHEREAS the Complaint asserts causes of action for (1) negligence, (2) strict product liability, and (3) violation of New Hampshire Consumer Protection Act;

WHEREAS, based upon the Honorable Joseph N. Laplante's decision in *Armendariz et al. v. Sig Sauer, Inc.,* 1:22-cv-00536-JL on June 27, 2023, Plaintiffs have agreed to discontinue counts in this action alleging violation of the New Hampshire Consumer Protection Act;

IT IS HEREBY STIPULATED and agreed between Plaintiffs and Sig Sauer that each Plaintiff's count titled "Violation of New Hampshire Consumer Protection Act" are hereby DISMISSED with prejudice from this action; and

IT IS HEREBY STIPULATED and agreed between Plaintiffs and Sig Sauer that none of Plaintiffs' other claims is affected by this stipulation; and

IT IS HEREBY STIPULATED and agreed that facsimile and/or pdf signatures will be deemed originals and this stipulation will be filed with the court without further notice.

- 2 -

| | |
|---|---|
| /s/ Robert W. Zimmerman<br>Robert W. Zimmerman, PA Bar #208410<br>(*Admitted Pro Hac Vice*)<br>/s/ Ryan D. Hurd<br>Ryan D. Hurd, PA Bar #205955<br>(*Admitted Pro Hac Vice*)<br>**SALTZ MONGELUZZI &**<br>**BENDESKY P.C.**<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 496-8282<br>rzimmerman@smbb.com<br>rhurd@smbb.com | /s/ Mark V. Franco<br>Mark V. Franco, NH Bar #16708<br>**DRUMMOND WOODSUM**<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480<br>(207) 772-1941<br>mfranco@dwmlaw.com<br><br>Date:  August 11, 2023<br><br>*Attorneys for Defendant* |

/s/ Benjamin T. King
Benjamin T. King, NH Bar #12888
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

Date:  August 11, 2023

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King


SO ORDERED, _____, 2023


_____
Hon. Joseph N. Laplante, U.S.D.J.